## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

RECEIVED

2006 AUG 23  P 3: 04

| | | |
|---|---|---|
| **LARRY JAMES ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 2 : 06CV 753 |
| | ) | |
| **METROPOLITAN LIFE** | ) | **(Removed from the Circuit Court** |
| **INSURANCE CO. and LISA DAVIS,** | ) | **of Lowndes County, Alabama,** |
| | ) | **CV 06-61)** |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, et seq., Defendant Metropolitan Life Insurance Company ("MetLife") hereby gives notice of the removal of this action from the Circuit Court of Lowndes County, Alabama, where it is now pending, to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for this removal, MetLife shows as follows:

1.    This action was commenced against Defendants in the Circuit Court of Lowndes County, Alabama, on June 9, 2006, when Plaintiff's Complaint was filed. True and correct copies of all the pleadings, process, and orders served upon Defendants in said action are attached hereto as Exhibit A and incorporated herein.

2.    Less than thirty days have passed since MetLife was served and MetLife is the first and only defendant served.  The initial pleading setting forth Plaintiff's claims for relief was first received by MetLife on July 25, 2006, when the Complaint was served.  Because this Notice of Removal is filed within thirty (30) days of receipt of the Plaintiff's Summons and Complaint, it is timely under 28 U.S.C. § 1446(b).

3.    On information and belief, Plaintiff Larry James Adams is now, and was at the time of the commencement of this action, a citizen of the State of Alabama.

4.    According to 28 U.S.C §1332(c)(1), "for the purposes of this section and section 1441 of this title … a corporation shall be deemed to be a citizen of any state where it is incorporated and of the state where it has its principal place of business."

5.    MetLife is now, and was at the time of the commencement of this action, an insurance company organized in the State of New York and with its principal place of business in the State of New York.

6.    Defendant Lisa Davis is now, and was at the time of the commencement of this action, a citizen of the State of North Carolina.  She has not been served and thus her joinder in this Notice of Removal is not necessary.

7.    There exists diversity of citizenship for this action, for the purposes of 28 U.S.C. § 1332(a), because no Plaintiff in this action is a citizen of a State of which any Defendant is a citizen.

8.    The alleged amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

9.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Lowndes County, Alabama, and is being served on all adverse parties.

WHEREFORE, MetLife prays that this Court will make any and all orders necessary to effect the removal of this action from the Circuit Court of Lowndes County, Alabama, and to effect and prepare in this Court the true record of all proceedings that may have been had in the Circuit Court of Lowndes County, Alabama.

James S. Christie, Jr. (CHR011)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com

Attorney for Defendant
Metropolitan Life Insurance Company

1/1483968.1                                                    3

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served the foregoing on:

      Mickey J.G. McDermott, Esq.
      P.O. Box 919
      Hayneville, AL   36040

by placing a copy of same in the United States Mail, first-class postage prepaid and addressed to his regular mailing address, on this 23d day of August, 2006.

                            *James S. Christie Jr.*
                          James S. Christie, Jr. (CHR011)

# Exhibit  A

```
|-----------------------------------------------------------------------------|
| AVSO351                                                                      |
|                                                      CV 2006 000061.00       |
|                                                                             |
|-----------------------------------------------------------------------------|
|                                           JUDGE: H. EDWARD MCFERRIN          |
|                             ALABAMA JUDICIAL DATA CENTER                     |
|                                CASE ACTION SUMMARY                           |
|                                   CIRCUIT CIVIL                              |
|-----------------------------------------------------------------------------|
|   IN THE CIRCUIT  COURT OF   LOWNDES    COUNTY                               |
|    LARRY JAMES ADAMS               VS        METROPOLITAN LIFE INSURANCE     |
|   FILED: 06/09/2006 TYPE: BAD FAITH/FRAUD/MISR TYPE TRIAL: JURY      TRACK:  |
| ****************************************************************************  |
| DATE1:            CA:                                                        |
| DATE2:            AMT:                     CA DATE:                          |
| DATE3:                             $.00  PAYMENT:                            |
| ****************************************************************************  |
| PLAINTIFF  001: ADAMS LARRY                                                  |
|                                        ATTORNEY: MCDERMOTT MICKEY J G        |
|                                        MCD052     441 HIGH STREET STE 100    |
|           , AL  00000-0000                                                  |
|             PHONE: (334)000-0000                      MONTGOMERY, AL  36104  |
| ENTERED:  06/09/2006 ISSUED:                TYPE:           (334)264-5151    |
| SERVED:                   ANSWERED:               JUDGEMENT:                 |
|-----------------------------------------------------------------------------|
| DEFENDANT  001: METROPOLITAN LIFE INSURANCE COMPANY                          |
|                 601 VESTAVIA PKWY STE         ATTORNEY:                      |
|                 1000                                                         |
|                 VESTAVIA HILLS , AL  35216-000                               |
|                 PHONE: (334)000-0000                                         |
| ENTERED:  06/09/2006 ISSUED:  06/09/2006 TYPE:                              |
| SERVED:                   ANSWERED:               JUDGEMENT:                 |
|-----------------------------------------------------------------------------|
| DEFENDANT  002: AGENT LISA DAVIS IC/O E. FARROW                             |
|                 601 VESTAVIA PKWY STE         ATTORNEY:                      |
|                 1000                                                         |
|                 VESTAVIA HILLS , AL  35216-000                               |
|                 PHONE: (334)000-0000                                         |
| ENTERED:  06/09/2006 ISSUED:  06/09/2006 TYPE:                              |
| SERVED:                   ANSWERED:               JUDGEMENT:                 |
|-----------------------------------------------------------------------------|
|                                                                             |
|   06/09/2006    FILED THIS DATE: 06/09/2006                                  |
|   06/09/2006    ASSIGNED TO JUDGE: H. EDWARD MCFERRIN    (AV01)              |
|   06/09/2006    JURY TRIAL REQUESTED                     (AV01)              |
|   06/09/2006    CASE ASSIGNED STATUS OF: ACTIVE          (AV01)              |
|   06/09/2006    ORIGIN: INITIAL FILING                   (AV01)              |
|   06/09/2006    ADAMS LARRY ADDED AS C001                (AV01)              |
|   06/09/2006    LISTED AS ATTORNEY FOR C001: MCDERMOTT MICKEY J G  (AV02)    |
|   06/09/2006    METROPOLITAN LIFE INSURANCE COMPANY ADDED AS D001            |
|   06/09/2006    AGENT LISA DAVIS IC/O E. FARROW ADDED AS D002                |
|   06/09/2006    SERVICE ORDER SENT TO D001                                   |
|   06/09/2006    SERVICE ORDER SENT TO D002                                   |
|                                                                             |
|-------|---------------------------------------------------------------------|
|                                                                             |
|-------|---------------------------------------------------------------------|
|-----------------------------------------------------------------------------|
| CAM   06/09/2006                                                            |
|                                                      CV 2006 000061.00       |
```

AVSO352

```
                                             CASE: CV 2006 000061.00
                                             JUDGE: H. EDWARD MCFERRIN
|-----------------------------------------------------------------------|
|                  ALABAMA JUDICIAL DATA CENTER                         |
|                CASE ACTION SUMMARY CONTINUATION                       |
|-------------------------  CIRCUIT CIVIL  ----------------------------|
|  IN THE CIRCUIT  COURT OF   LOWNDES        COUNTY                     |
|   LARRY JAMES ADAMS                 VS    METROPOLITAN LIFE INSURANCE |
| FILED:  06/09/2006 TYPE:  BAD FAITH/FRAUD/MISR TYPE TRIAL:   JURY   TRACK: |
|*******************************************************************************|
| DATE1:                  CA:                                          |
| DATE2:                  AMT:              $.00    PAYMENT:            |
|*******************************************************************************|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
|-------|-------------------------------------------------------------|
CAM    06/09/2006 -------------------------------------------------------|
```

AVSO305

ALABAMA JUDICIAL DATA CENTER
LOWNDES        COUNTY
ORDER FOR SERVICE AND RETURN

CV 2006 000061.00
H. EDWARD MCFERRIN

IN THE CIRCUIT COURT OF    LOWNDES     COUNTY

LARRY JAMES ADAMS                    METROPOLITAN LIFE INSURANCE

SERVE ON:  D001

```
METROPOLITAN LIFE INSURANCE
2000 INTERSTATE PK DR
STE. 204
MONTGOMERY       ,AL   36109-0000
```

**RECEIVED**

**JUL 14 2006**

LOWNDES COUNTY
SHERIFF DEPT.

NOTES:
    SUMMONS & COMPLAINT!

---

TO ANY SHERIFF OR ANY AUTHORIZED AGENT:
        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT
        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.

   07/13/2006   DATE            CLERK: RUBY JONES                    BY:_____
                                       P O BOX 876
                                       HAYNEVILLE AL   36040
                                       (334)548-2252

---

   I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED
   DOCUMENT IN _____ COUNTY, ALABAMA
   TO:

   _____          _____
                                      SIGNATURE OF SERVER

   _____

   _____
   NAME / ADDRESS ABOVE                DATE

OPERATOR: CAM
PREPARED: 07/13/2006

Executed by serving_____ copy (ies) on the within named
The Corporation Company as Statutory Agent for
*Metropolitan Life Insurance*
by leaving with
This the 28 day of July 06
D. T. Marshall. Sheriff
Montgomery County, Alabama
By:

IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

LARRY ADAMS                              )
                                         )
                                         )
V.                                       )          CASE # CV2006-61
                                         )
METROPOLITAN LIFE INSURANCE              )

## SUMMONS

To Any Sheriff or any person authorized by Rule 4.1 (B) of the Alabama Rules of Civil Procedure to effect service in the State of Alabama;

You are hereby commanded to serve this summons and a copy of the Complaint in this action upon respondent/defendant:

**METROPOLITAN LIFE INSURANCE COMPANY 2000 INTERSTATE PARK DRIVE SUITE 204 MONTGOMERY, ALABAMA 36109**

Each defendant/respondent is required to serve a copy of a written answer to the complaint upon Plaintiffs' attorney, whose address is:

Mickey J.G. McDermott
Attorney at Law P.O. BOX 919 HAYNEVILLE, ALA 36040

Within 30 THIRTY DAYS after service of this summons excluding the day of service of the summons and to file the original of said answer with the Clerk of the Court at the time of service of the answer upon the Attorney of Record for the Plaintiff or within a reasonable time thereafter. If any defendant fails to do so, a judgment by default may be entered against that defendant for the relief claimed in the complaint.

Dated 7/13/06                         _____
                                      Clerk of Court

RETURN ON SERVICE:

I certify that I personally delivered a copy of this Order to
_____ on the _____ day of
_____, 2006.

Date _____         _____
                                     Server's Signature

Address of Server _____    _____
                                     Type of Process Server

## IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

**LARRY JAMES ADAMS**          &ast;
 **Plaintiff**          &ast;
           &ast;
**Vs.**          &ast;  CV___06-61_____
           &ast;
**METROPLITAN LIFE INSURANCE**          &ast;
**COMPANY, THE AGENTS,**          &ast;
**EMPLOYEES, OWNERS,**          &ast;
**LISA DAVIS, INDIVIUDALLY AND**          &ast;
**IN HER OFFIICAL CAPACITY**          &ast;
**FICTICIOUS PARTIES A,B,C &D**          &ast;
**WHO WILL ADDED WHEN LATER**          &ast;
**ASCERTAINED**          &ast;



### COMPLAINT
### THE PARTIES

(1) Larry Adams is a resident of Lowndes County Alabama residing at 624 Pine Street Hayneville, Alabama 36040 and is over the age of (19) years of age. Defendant Metropolitan Life Insurance Company is a Corporation doing business in Alabama with The office of Earnest Farrow 601 Vestavia Parkway Ste 1000 Birmingham, Alabama 35216 as registered agent for the service of process. Lisa Davis is an agent for Metropolitan Life and is over the age of (19) her exact whereabouts are unknown to the Plaintiff.

### JURSIDICTION AND VENUE

(2) All events complained of herein occurred in the County of Lowndes Alabama and the amount complained of herein exceeds the statutory requirements to bring this action before the Circuit Court of Lowndes County Alabama.

## THE FACTS

(3)    On or about 21 June 2004, Larry Adams met with a representative of the Defendants and entered into a contract for Group Life insurance. Mr. Adams was induced to purchase the said insurance due to the facts presented by the agent for the Defendant, and the agent herself who provided guidance and assistance to Mr. Adams who is not schooled in Life Insurance or contracts, to purchase the said Insurance for his and his families benefit.

(4)    He was induced to purchase a policy that would cover his family which includes his mother and aunt who reside with him and he provides care for. The cost of the insurance would be deducted from his paycheck and Mr. Adams purchased the policy and with the assistance of the agent for Metropolitan Life Insurance Company, Defendant Lisa Davis who assured him that he could cover his mother and aunt as his dependants.

(5)    The Plaintiff signed the contract and made the required payments. On 3 February 2005, Ms. Luella Adams Davis, the aunt of the Plaintiff and a covered dependant of the Plaintiff deceased. The Plaintiff duly filed a claim with the Defendants which was denied. The Defendant informed the Plaintiff that even they had told him they would cover his dependant Aunt, they now would not, as she did not meet the specifications as a dependant. Attempts by the Plaintiff to reach the agent, Lisa Davis were not successful, as numerous calls went unreturned.

## COUNT (1)
## FRAUD

(6)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to Fraud in that they took money under false pretenses from the Plaintiff with no intent to honor the enrollment of the Plaintiffs Aunt and Mother.

(7)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## COUNT (2)
## BREACH OF CONTRACT

(8)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to a breach of the contract between the parties in that they took money under false pretenses from the Plaintiff with no intent to honor the enrollment of the Plaintiffs Aunt and Mother as written in the contract dated 21 June 2004.

(9)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## COUNT (3)
## BAD FAITH

(10)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to Bad faith on the part of the Defendants in that they took money under false pretenses from the Plaintiff with no intent to honor the enrollment of the Plaintiffs Aunt and Mother as written in the contract dated 21 June 2004.

(11)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## COUNT (4)
## FRAUDULENT INDUCEMENT

(12)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to fraudulently inducing the Plaintiff into entering a contract with no intent to honor the enrollment of the Plaintiffs Aunt and Mother as written in the contract dated 21 June 2004.

(13)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

Done this the 4th day of June 2006.

Larry Adams
Plaintiff

Mickey McDermott
MCD-052/for the Plaintiff
P.O. BOX 919
Hayneville, Ala 36040
334-220-8519
334-263-7782 Fx

AVSO305

ALABAMA JUDICIAL DATA CENTER
LOWNDES    COUNTY

ORDER FOR SERVICE AND RETURN

```
                                              CV 2006 000061.00
----------------------------------------------  H. EDWARD MCFERRIN
|                                                                  |
|           IN THE CIRCUIT  COURT OF   LOWNDES     COUNTY          |
| LARRY JAMES ADAMS              VS                                |
|                                      METROPOLITAN LIFE INSURANCE |
| SERVE ON:  D001                                                  |
|                                                                  |
|                                                                  |
|          METROPOLITAN LIFE INSURANCE                             |
|          601 VESTAVIA PKWY STE                                   |
|          1000                                                    |
|          VESTAVIA HILLS ,AL  35216-0000                          |
|                                                                  |
|                                                                  |
| NOTES:                                                           |
|    SUMMONS & COMPLAINT!                                          |
|                                                                  |
|                                                                  |
|----------------------------------------------------------------- |
| TO ANY SHERIFF OR ANY AUTHORIZED AGENT:                          |
|        YOU ARE HEREBY ORDERED TO DELIVER THE ATTACHED DOCUMENT   |
|        TO THE ABOVE NAMED PERSON AT THE ADDRESS INDICATED.       |
|   06/09/2006  DATE                                               |
|                        CLERK:  RUBY JONES                        |
|                                P O BOX 876                       |
|                                HAYNEVILLE AL  3604               |
|                                (334)548-2252                     |
|----------------------------------------------------------------- |
| I HEREBY CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE ATTACHED |
|   DOCUMENT IN _____ COUNTY, ALABAMA           |
|   TO: _____                                   |
|                                                                  |
|   _____                                       |
|                             SIGNATURE OF SERVER                  |
|                                                                  |
|   _____                                       |
|   NAME / ADDRESS ABOVE        DATE _____              |
|----------------------------------------------------------------- |
OPERATOR: CAM
PREPARED: 06/09/2006
```

THIS WRIT RETURNED "NOT FOUND"
IN JEFFERSON COUNTY THIS
DAY OF 6-5-06 , 20
FOR THE FOLLOWING REASONS!
2. MOVED
5. INSUFFICIENT ADDRESS
6. DOES NOT RESIDE AT ADDRESS
7. NOT EMPLOYED AT LISTED LOCATION
12. NO SUCH ADDRESS
8. AVOIDING SERVICE
13. RECEIVED TOO LATE FOR SERVICE
14. UNABLE TO CONTACT
16. OTHER
MIKE HALE, Sheriff of Jefferson County
BY _____ , D.S.

**RECEIVED**

JUN 0 9 2006

LOWNDES COUNTY
SHERIFF DEPT.

## IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

LARRY ADAMS           )
      **PLAINTIFF**       )
                       )
**V.**                      )     CASE # CV _06-61_
                       )
METROPOLITAN LIFE, et al  )
      **DEFENDANTS**

### SUMMONS

To Any Sheriff or any person authorized by Rule 4.1 (B) of the Alabama Rules of Civil Procedure to effect service in the State of Alabama;

    You are hereby commanded to serve this summons and a copy of the Complaint in this action upon respondent/defendant:

### METROPOLITAN LIFE INSURANCE COMPANY IC/O E. FARROW 001 VESTAVIA PARKWAY STE 1000 BIRMIGHAM, ALA 35216

**Each defendant/respondent is required to serve a copy of a written answer to the complaint upon Plaintiffs' attorney, whose address is:**

### Mickey J.G. McDermott
### Attorney at Law P.O. BOX 919 HAYNEVILLE, ALA 36040

Within THIRTY (30) after service of this summons excluding the day of service of the summons and to file the original of said answer with the Clerk of the Court at the time of service of the answer upon the Attorney of Record for the Plaintiff or within a reasonable time thereafter. If any defendant fails to do so, a judgment by default may be entered against that defendant for the relief claimed in the complaint.

Dated _6/9/06_               Clerk of Court

---

**RETURN ON SERVICE:**

I certify that I personally delivered a copy of this Order to _____ on the _____ day of _____, 2006.

Date _____

Server's Signature

Address of Server

Type of Process Server

## IN THE CIRCUIT COURT OF
## LOWNDES COUNTY, ALABAMA

| | |
|---|---|
| **LARRY JAMES ADAMS** | * |
| **Plaintiff** | * |
| | * |
| **Vs.** | *   CV ___06-61___ |
| | * |
| **METROPOLITAN LIFE INSURANCE** | * |
| **COMPANY, THE AGENTS,** | * |
| **EMPLOYEES, OWNERS,** | * |
| **LISA DAVIS, INDIVIUDALLY AND** | * |
| **IN HER OFFIICAL CAPACITY** | * |
| **FICTICIOUS PARTIES A,B,C &D** | * |
| **WHO WILL ADDED WHEN LATER** | * |
| **ASCERTAINED** | * |



### COMPLAINT
### THE PARTIES

(1) Larry Adams is a resident of Lowndes County Alabama residing at 624 Pine Street Hayneville, Alabama 36040 and is over the age of (19) years of age. Defendant Metropolitan Life Insurance Company is a Corporation doing business in Alabama with The office of Earnest Farrow 601 Vestavia Parkway Ste 1000 Birmingham, Alabama 35216 as registered agent for the service of process. Lisa Davis is an agent for Metropolitan Life and is over the age of (19) her exact whereabouts are unknown to the Plaintiff.

### JURSIDICTION AND VENUE

(2) All events complained of herein occurred in the County of Lowndes Alabama and the amount complained of herein exceeds the statutory requirements to bring this action before the Circuit Court of Lowndes County Alabama.

## THE FACTS

(3)    On or about 21 June 2004, Larry Adams met with a representative of the Defendants and entered into a contract for Group Life insurance. Mr. Adams was induced to purchase the said insurance due to the facts presented by the agent for the Defendant, and the agent herself who provided guidance and assistance to Mr. Adams who is not schooled in Life Insurance or contracts, to purchase the said Insurance for his and his families benefit.

(4)    He was induced to purchase a policy that would cover his family which includes his mother and aunt who reside with him and he provides care for. The cost of the insurance would be deducted from his paycheck and Mr. Adams purchased the policy and with the assistance of the agent for Metropolitan Life Insurance Company, Defendant Lisa Davis who assured him that he could cover his mother and aunt as his dependants.

(5)    The Plaintiff signed the contract and made the required payments. On 3 February 2005, Ms. Luella Adams Davis, the aunt of the Plaintiff and a covered dependant of the Plaintiff deceased. The Plaintiff duly filed a claim with the Defendants which was denied. The Defendant informed the Plaintiff that even they had told him they would cover his dependant Aunt, they now would not, as she did not meet the specifications as a dependant. Attempts by the Plaintiff to reach the agent, Lisa Davis were not successful, as numerous calls went unreturned.

## COUNT (1)
## FRAUD

(6)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to Fraud in that they took money under false pretenses from the Plaintiff with no intent to honor the enrollment of the Plaintiffs Aunt and Mother.

(7)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## COUNT (2)
## BREACH OF CONTRACT

(8)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to a breach of the contract between the parties in that they took money under false pretenses from the Plaintiff with no intent to honor the enrollment of the Plaintiffs Aunt and Mother as written in the contract dated 21 June 2004.

(9)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## COUNT (3)
## BAD FAITH

(10)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to Bad faith on the part of the Defendants in that they took money under false pretenses from the Plaintiff with no intent to honor the enrollment of the Plaintiffs Aunt and Mother as written in the contract dated 21 June 2004.

(11)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## COUNT (4)
## FRAUDULENT INDUCEMENT

(12)    The Plaintiff adopts each and every preceding paragraph herein and avers that the acts of the defendants amounted to fraudulently inducing the Plaintiff into entering a contract with no intent to honor the enrollment of the Plaintiffs Aunt and Mother as written in the contract dated 21 June 2004.

(13)    Wherefore the Plaintiff demands the sum of $174.72 in compensatory damages as acutely paid in premiums and the sum of $100,000.00 in compensatory damages so as to prevent similar acts by others so similarly situated as the Plaintiff.

## THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES

Done this the 4th day of June 2006.

Larry Adams
Plaintiff

Mickey McDermott
MCD-052/for the Plaintiff
P.O. BOX 919
Hayneville, Ala 36040
334-220-8519
334-263-7782 Fx

## IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

**LARRY ADAMS**  )
      **PLAINTIFF**  )
                     )
      **V.**  )        CASE # CV _06-61_
                     )
**METROPOLITAN LIFE, et al**  )
      DEFENDANTS

### SUMMONS

To Any Sheriff or any person authorized by Rule 4.1 (B) of the Alabama Rules of Civil Procedure to effect service in the State of Alabama;

       You are hereby commanded to serve this summons and a copy of the Complaint in this action upon respondent/defendant:

**METROPOLITAN LIFE INSURANCE COMPANY IC/O E. FARROW 601 VESTAVIA PARKWAY STE 1000 BIRMIGHAM, ALA 35216**

**Each defendant/respondent is required to serve a copy of a written answer to the complaint upon Plaintiffs' attorney, whose address is:**

**Mickey J.G. McDermott**
**Attorney at Law P.O. BOX 919 HAYNEVILLE, ALA 36040**

Within THIRTY (30) after service of this summons excluding the day of service of the summons and to file the original of said answer with the Clerk of the Court at the time of service of the answer upon the Attorney of Record for the Plaintiff or within a reasonable time thereafter. If any defendant fails to do so, a judgment by default may be entered against that defendant for the relief claimed in the complaint.

Dated _6/9/06_                 _____
                               Clerk of Court

---

RETURN ON SERVICE:

I certify that I personally delivered a copy of this Order to _____ on the _____ day of _____, 2006.

Date _____      Server's Signature _____

Address of Server _____      Type of Process Server _____

## IN THE CIRCUIT COURT OF LOWNDES COUNTY, ALABAMA

LARRY ADAMS )
        PLAINTIFF )
          )
V. )    CASE # CV _Ob-6l_
          )
METROPOLITAN LIFE, et al )
        DEFENDANTS )

### SUMMONS

To Any Sheriff or any person authorized by Rule 4.1 (B) of the Alabama Rules of Civil Procedure to effect service in the State of Alabama;

    You are hereby commanded to serve this summons and a copy of the Complaint in this action upon respondent/defendant:

### AGENT LISA DAVIS IC/O E. FARROW 601 VESTAVIA PARKWAY STE 1000 BIRMIGHAM, ALA 35216

**Each defendant/respondent is required to serve a copy of a written answer to the complaint upon Plaintiffs' attorney, whose address is:**

### Mickey J.G. McDermott
**Attorney at Law P.O. BOX 919 HAYNEVILLE, ALA 36040**

Within THIRTY (30) after service of this summons excluding the day of service of the summons and to file the original of said answer with the Clerk of the Court at the time of service of the answer upon the Attorney of Record for the Plaintiff or within a reasonable time thereafter. If any defendant fails to do so, a judgment by default may be entered against that defendant for the relief claimed in the complaint.

Dated _6/9/06_                      _Ruby J. Conn_
                                    Clerk of Court

---

RETURN ON SERVICE:

I certify that I personally delivered a copy of this Order to
_____ on the _____ day of
_____, 2006.

_____
Date

_____
Address of Server

_____
Server's Signature

_____
Type of Process Server

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93 Rev.5/99 | **COVERSHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>C V 2006 ☐☐ ☐☐ · ☐☐<br>Date of Filing:  Judge Code:<br>06 09 2006 MOZZOT<br>Month  Day  Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF LOWNDES _____ ,ALABAMA
                                    (Name of County)

**LARRY ADAMS**                    v. METROPOLITAN LIFE

| Plaintiff | | Defendant | |
|---|---|---|---|
| First Plaintiff ☐ Business  X Individual | | First Defendant X Business  ☐ Individual | |
| ☐ Government  ☐ Other | | ☐ Government  ☐ Other | |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) the best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA Wrongful Death
- ☐ TONG " Negligence: General
- ☐ TOMV " Negligence: Motor Vehicle
- ☐ TOWA " Wantonness
- ☐ TOPL " Product Liability/AEMLD
- ☐ TOMM " Malpractice-Medical
- ☐ TOLM " Malpractice-Legal
- ☐ TOOM " Malpractice-Other
- ● TBFM " Fraud/Bad Faith/Misrepresentation
- ☐ TOXX " Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE " Personal Property
- ☐ TORE " Real Property

**OTff R. CIVIL FILINGS**
- ☐ ABAN " Abandoned Automobile
- ☐ ACCT " Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS " Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX – Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT " Civil Rights
- ☐ COND " Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP " Contempt of Court
- ☐ CONT " Contract/Ejectment/Writ of Seizure
- ☐ TOCN " Conversion
- ☐ EQND " Equity Non-Damages Actions/Declaratory Judgment/Injunction<br>Election Contest/Quiet Title/Sale For Division
- ☐ CVUD " Eviction Appeal/Unlawful Detainer
- ☐ FORJ " Foreign Judgment
- ☐ FORF " Fruits of Crime Forfeiture
- ☐ MSHC " Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB " Protection From Abuse
- ☐ FELA " Railroad/Seaman (FELA)
- ☐ RPRO " Real Property
- ☐ WTEG " Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP " Workers' Compensation
- ☐ CVXX " Miscellaneous Circuit Civil Case

**ORIGIN** (checkone):        F ● INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER: _____
                                                    DISTRICT COURT
                          R ☐ REMANDED        T ☐ TRANSFERRED FROM
                                                    OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**    ● YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**    ● MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ARNEYTTO CODE:**
n c 0 0 5 2    6-4-06 _____    M/_____
              Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES  ☐ NO  ● UNDECIDED