IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY JAMES ADAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-0753-MEF |
| | ) |
| **METROPOLITAN LIFE** | ) |
| **INSURANCE COMPANY and** | ) |
| **LISA DAVIS,** | ) |
| | ) |
| Defendants. | ) |

## REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), the parties conferred and met in September, 2006, by telephone and email, with the following participating:

Mickey J.G. McDermott for Plaintiff; and

James S. Christie, Jr., for Defendant Metropolitan Life Insurance Company ("MetLife").

2. Pre-Discovery Disclosures. The parties will exchange by November 7, 2006, the information required by Fed. R. Civ. P. 26.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiffs' claims for life insurance benefits and the defenses asserted by Defendant.

1/1494420.1

All discovery commenced in time to be completed by May 1, 2007.

Maximum of 40 interrogatories by each party to any other party.

Maximum of 40 requests for admission by each party.

Maximum of 10 depositions by Plaintiffs and 10 by Defendant.

Each deposition limited to maximum of 6 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

From Plaintiffs by February 1, 2007;

From Defendant by March 1, 2007.

Supplementation under Rule 26(e) due April 2, 2007.

4.   OTHER ITEMS.

The parties do not request a conference with the Court before entry of a scheduling order.

The parties would bring to the Court's attention that Defendant Lisa Davis has not been served.

The parties request a pretrial conference in July, 2007.

All potentially dispositive motions should be filed by April 16, 2007.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

From Plaintiffs 30 days before the trial date;

from Defendant 20 days before the trial date.

Parties should have 11 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The parties discussed the possibility of mediation and believe that, if not already settled by December, 2006, ordering mediation might help the parties resolve this matter at that time.

The case should be ready for trial by August 21, 2007, and at this time is expected to take three or four days.

s/James S. Christie, Jr.
James S. Christie, Jr. (CHR011)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com

Attorney for Defendant
Metropolitan Life Insurance Company


s/ Mickey J.G. McDermott
Mickey J.G. McDermott
P.O. Box 919
Hayneville, AL 36040
Telephone: (334) 264-6466
Facsimile: (334) 263-7782
mk_mcdrm@bellsouth.net

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Mickey J.G. McDermott
>P.O. Box 919
>Hayneville, AL  36040
>Facsimile:  (334) 263-7782
>Telephone:  (334) 264-6466
>mk_mcdrm@bellsouth.net
>Attorney for Plaintiff

and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

s/James S. Christie, Jr.
James S. Christie, Jr. (CHR011)