## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **LARRY JAMES ADAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 2:06-cv-0753-MEF** |
| | ) | |
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY and** | ) | |
| **LISA DAVIS,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE

COMES NOW Robert E. Kirby, Jr., of the law firm SMITH HANSON & KIRBY, and enters his appearance as additional co-counsel for the Plaintiff in this cause.

Respectfully submitted,

ROBERT E. KIRBY, JR. (ASB4641I70R)
Attorney for the Plaintiff

**OF COUNSEL**
Robert E. Kirby, Jr.
SMITH HANSON & KIRBY
4401 Gary Avenue
Fairfield, Alabama 35064
(205) 768-3775
Fax: (205) 780-8540

### CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James S. Christie, Jr.
jchristie@bradleyarant.com

Mickey J. G. McDermott
mk_mcdrm@bellsouth.net


OF COUNSEL