IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY JAMES ADAMS,                    ) | |
| ) | |
|    Plaintiff,                                  ) | |
| v.                                                         ) | CASE NO. 2:06-cv-753-MEF |
| ) | |
| METROPOLITAN LIFE INSURANCE ) | |
| COMPANY, *et al.,*                         ) | |
| ) | |
|    Defendants.                              ) | |

## **O R D E R**

Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby provides notice to the plaintiff that the Court finds that plaintiff has failed to cause service to be made upon defendant Lisa Davis within 120 days after the filing of the Complaint in this action on August 23, 2006. It is the present intention of this Court to dismiss the claims against Lisa Davis without prejudice on **April 13, 2007**, unless plaintiff shows good cause for his failure to comply with Federal Rule of Civil Procedure 4 before that date.

DONE this the 30th day of March, 2007.

                                                      /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE