IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **LARRY JAMES ADAMS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:06-cv-0753-MEF |
| | ) |
| **METROPOLITAN LIFE** | ) |
| **INSURANCE COMPANY and** | ) |
| **LISA DAVIS,** | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION FOR DISMISSAL

COMES NOW the Plaintiff Larry James Adams and Defendant Metropolitan Life Insurance Company ("MetLife"), all by and through undersigned counsel and hereby stipulate to the dismissal with prejudice of Plaintiff's action against Defendant, each party to bear his, her or its own costs, and hereby certify that Plaintiff and MetLife (the only served Defendant) agree to this stipulation.

s/James S. Christie, Jr.
James S. Christie, Jr. (CHR011)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
jchristie@bradleyarant.com

Attorney for Defendant
Metropolitan Life Insurance Company

1/1604747.1

                                                             s/ Frank O. Hanson, Jr.
                                                              Frank O. Hanson, Jr.
Smith & Hanson
4401 Gary Avenue, Suite 200
Fairfield, AL 35064-1337
Phone: (205) 786-3775
Fax: (205) 780-8540
Email: fohatty@bellsouth.netP.O. Box 919

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 3rd, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>James S. Christie, Jr.
>Bradley Arant Rose & White LLP
>1819 Fifth Avenue North
>Birmingham, AL 35203-2119
>Telephone: (205) 521-8000
>Facsimile: (205) 521-8800
>jchristie@bradleyarant.com
>Attorney for Defendant
>Metropolitan Life Insurance Company

and that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>None.

s/Frank O. Hanson, Jr.<br>Frank O. Hanson, Jr.